## A02A1633. MARLOWE v. THE STATE.

(618 SE2d 180)

ADAMS, Judge.

By opinion dated November 17, 2003, Case No. S03G0351, the Supreme Court of Georgia reversed Division 2 of this Court's opinion in the above-captioned case, *Marlowe v. State*, 258 Ga. App. 152 (572 SE2d 685) (2002), in which we held that Marlowe's three counts of possession of a firearm during the commission of a felony should be merged for purposes of sentencing. The Supreme Court held that:

> in *Marlowe*, the Court of Appeals properly merged the two possession offenses stemming from attempted robbery and aggravated assault against a single victim. However, the possession charge predicated on the burglary count, a crime involving illegal entry into a building, would stand.

*State v. Marlowe*, 277 Ga. 383, 386-387 (3) (589 SE2d 69) (2003).

Accordingly, we vacate Division 2 of our opinion, and the judgment of the Supreme Court is made the judgment of this court for Division 2. This case is remanded for resentencing as above-directed by the Supreme Court of Georgia. The remainder of our opinion was not addressed by the Supreme Court and therefore still stands.

*Judgment affirmed in part, reversed in part and case remanded for resentencing. Ruffin, C. J., and Barnes, J., concur.*

DECIDED JULY 21, 2005.

*John T. Strauss*, for appellant.
*W. Kendall Wynne, Jr., District Attorney, Jeffrey L. Foster, Assistant District Attorney*, for appellee.